466 A.2d 720

Commonwealth v. Waters, Appellant.

Petition for Allowance of Appeal
Denied Feb. 27, 1984.

Submitted May 12, 1983. Lee Mandell, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.